ORAL ARGUMENT NOT YET SCHEDULED

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| HELPING HAND TOOLS and ROB SIMPSON,<br><br>Petitioners,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Intervenor. | No. 14-72553 |
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>Respondents,<br><br>SIERRA PACIFIC INDUSTRIES,<br><br>Intervenor. | No. 14-72602 |

**NOTICE OF FILING CERTIFIED INDEX
TO THE ADMINISTRATIVE RECORD**

Respondents United States Environmental Protection Agency, et al. (collectively "EPA") hereby file the attached Certifications of the Administrative Record Before the Environmental Appeals Board and Certified List of Documents Comprising the Record in the above-captioned petitions for review. Exhibits 1, 2 and 3.

                                          Respectfully submitted,

                                          SAM HIRSCH
                                          Acting Assistant Attorney General
                                          Environment and Natural Resources Division

Dated:  September 29, 2014      s/ Dustin J. Maghamfar
                                          Dustin J. Maghamfar
                                          United States Department of Justice
                                          Environmental Defense Section
                                          P.O. Box 7611
                                          Washington, D.C. 20044
                                          Tel:    (202) 514-1806
                                          Fax:    (202) 514-8865
                                          dustin.maghamfar@usdoj.gov

                                          Attorneys for Respondents