

CENTER for BIOLOGICAL DIVERSITY               Because life is good.

March 25, 2016

*Via CM/ECF*

Clerk of the Court
Ninth Circuit U.S. Court of Appeals

**Re:** Availability for Oral Argument
*Helping Hand Tools, et al., v. U.S. EPA*, et al. **(No. 14-72553)**
*Center for Biological Diversity v. U.S. EPA, et al.* **(No. 14-72602)**

To Whom It May Concern:

This letter responds to the Court's notice dated March 24, 2016, regarding consideration of the above-captioned consolidated cases for oral argument at the Court's July 2016 San Francisco sitting (currently scheduled for July 5-8 and 18-22).

I am the attorney primarily responsible for this matter, and I will be arguing on behalf of petitioner Center for Biological Diversity. Due to a long-planned family vacation, I have a conflict during the first week of the July sitting (July 5-8). However, I am available for argument during the second week of the July sitting (July 18-22).

Thank you very much for your consideration of my availability in calendaring oral argument in these matters.

Sincerely,

Kevin P. Bundy
Senior Attorney

Alaska . Arizona . California . Florida . Minnesota . Nevada . New Mexico . New York . Oregon . Vermont . Washington, DC

Kevin Bundy, Climate Legal Director and Senior Attorney . 1212 Broadway, Suite 800 . Oakland, CA 94612
Phone: 510-844-7100 x 313 . Fax: 510-844-7150 . kbundy@biologicaldiversity.org