

**U.S. Department of Justice**

Environment and Natural Resources Division

90-5-2-3-20226

*Environmental Defense Section*   *Telephone (202) 514-1806*
*P.O. Box 7611*   *Facsimile (202) 514-8865*
*Washington, DC 20044*

**Via CM/ECF**

March 25, 2016

Molly C. Dwyer, Clerk of Court
Office of the Clerk
U.S. Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

    Re:   Availability of Counsel for Oral Argument in *Helping Hands Tools, et al., v. United States Environmental Protection Agency, et al.*, Case Nos. 14-72553 and 14-72602 (Oral Argument Not Scheduled)

Dear Ms. Dwyer:

    The above-captioned cases are under consideration for the July 2016 San Francisco oral argument calendar. Due to a personal conflict, the undersigned counsel for Respondents respectfully requests that argument not be scheduled on July 5 or 6, 2016.

                                               Respectfully submitted,

                                               JOHN C. CRUDEN
                                               Assistant Attorney General

                                               /s/ Dustin J. Maghamfar
                                               DUSTIN J. MAGHAMFAR
                                               United States Department of Justice
                                               Environmental Defense Section

                                               Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2016, a copy of the foregoing was served electronically through the Court's CM/ECF system on all registered counsel.

Dated:  March 25, 2016                                       /s/ Dustin J. Maghamfar
                                                             DUSTIN J. MAGHAMFAR

                                                             Attorney for Respondents