UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 11 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HELPING HAND TOOLS; ROB SIMPSON,<br><br>        Petitioners,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; et al.,<br><br>        Respondents<br><br>SIERRA PACIFIC INDUSTRIES, INC.,<br><br>        Respondent-Intervenor. | Nos. 14-72553, 14-72602<br><br>EPA No.<br>Environmental Protection Agency<br><br>**ORDER** |

The amicus brief submitted by American Wood Council and National Alliance of Forest Owners on October 9, 2015 is filed. No additional paper copies of the brief are required.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Khanh Thai
Deputy Clerk